IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION AT MEMPHIS

| | |
|---|---|
| AVANOS MEDICAL SALES, LLC<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MEDTRONIC SOFAMOR DANEK USA, INC., MEDTRONIC, INC., and MEDTRONIC USA, INC.<br><br>　　　　　　Defendants. | Civil Action No. 2:19-cv-02754-JPM-tmp<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF SETTLEMENT

Pursuant to Local Rule 83.13(a), the parties hereby report that this action has been settled in its entirety. Pursuant to Local Rule 83.13(b), the parties will file a Rule 41 Stipulation of Dismissal with Prejudice within twenty-eight (28) days of the filing of this Notice of Settlement.

Dated: October 15, 2021

Respectfully submitted,

*s/ Isaac S. Lew*
Albert C. Harvey (TN Bar No. 7955)
Christopher L. Vescovo (TN Bar No. 14516)
Nicholas L. Vescovo (TN Bar No. 30387)
Isaac S. Lew (TN Bar No. 036702)
LEWIS, THOMASON, KING,
KRIEG & WALDROP, P.C.
One Commerce Square
40 South Main St., Suite 2900
Memphis, Tennessee 38103
Telephone: 901.525.8721
Facsimile: 901.525.6722
aharvey@lewisthomason.com
cvescovo@lewisthomason.com
nvescovo@lewisthomason.com
ilew@lewisthomason.com

*s/ Douglas F. Halijan*
Douglas F. Halijan (BPR # 16718)
Sarah E. Stuart (BPR # 35329)
Burch, Porter & Johnson, PLLC
130 North Court Avenue
Memphis, TN 38103
Telephone: (901) 524-5000
Facsimile: (901) 524-5024
dhalijan@bpjlaw.com
sstuart@bpjlaw.com

Mary (Mindy) V. Sooter (*pro hac vice*)
Rachael Million-Perez (BPR # 41605)
Phillip R. Takhar (*pro hac vice*)
Wilmer Cutler Pickering Hale and Dorr LLP
1225 17th Street, Suite 2600
Denver, CO 80202

| | |
|---|---|
| Paul Bondor (*pro hac vice*) <br> John Desmarais (*pro hac vice*) <br> Todd Krause (*pro hac vice*) <br> Bindu Donovan (*pro hac vice*) <br> Amanda Potter (*pro hac vice*) <br> Raymond Habbaz (*pro hac vice*) <br> Frederick J. Ding (*pro hac vice*) <br> John Dao (*pro hac vice*) <br> DESMARAIS LLP <br> 230 Park Avenue <br> New York, NY 10169 <br> Telephone: 212-351-3400 <br> PBondor@desmaraisllp.com <br> JDesmarais@desmaraisllp.com <br> TKrause@desmaraisllp.com <br> BDonovan@desmaraisllp.com <br> APotter@desmaraisllp.com <br> RHabbaz@desmaraisllp.com <br> FDing@desmaraisllp.com <br> JDao@desmaraisllp.com <br><br> *Attorneys for Plaintiff* <br> *Avanos Medical Sales, LLC* | Phone:  (720) 274.3135 <br> Mindy.Sooter@wilmerhale.com <br> Rachael.Million-Perez@wilmerhale.com <br> Phillip.Takhar@wilmerhale.com <br><br> Gregory H. Lantier (*pro hac vice*) <br> Brittany Amadi (*pro hac vice*) <br> Alexis Cohen (*pro hac vice*) <br> Wilmer Cutler Pickering Hale and Dorr LLP <br> 1875 Pennsylvania Avenue NW <br> Washington, DC 20006 <br> Phone: (202) 663-6000 <br> Greg.Lantier@wilmerhale.com <br> Alexis.Cohen@wilmerhale.com <br><br> Kate Saxton (*pro hac vice*) <br> Nicole Fontaine Dooley (*pro hac vice*) <br> Myles McDonagh (*pro hac vice*) <br> Wilmer Cutler Pickering Hale and Dorr LLP <br> 60 State Street <br> Boston, MA 02109 <br> Phone: (617) 526-6057 <br> Nicole.FontaineDooley@wilmerhale.com <br><br> Laura Macro (*pro hac vice*) <br> Wilmer Cutler Pickering Hale and Dorr LLP <br> 7 World Trade Center <br> 250 Greenwich Street <br> New York, NY 10007 <br> Phone:  (212) 230.8800 <br> Laura.Macro@wilmerhale.com <br><br> *Attorneys for Defendants* |